Hudson
(2)



CLERK, U.S. DISTRICT COURT
RICHMOND, VA

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

ROBERT ALLEN STANFORD,                )
                                      )
        Plaintiff,                    )
                                      )
Vs.                                   )      Civil No. 3:09cv439
                                      )
JONATHAN LEE RICHES d/b/a             )
BERNARD MADOFF;                       )
LEROY KING;                           )
LAURA PENDERGEST-HOLT;                )
MARK KUHRT;                           )
GILBERTO LOPEZ,                       )
                                      )
        Defendants.                   )

## CIVIL COMPLAINT
## AND REQUEST FOR PRELIMINARY INJUNCTION
## AND REQUEST FOR TEMPORARY RESTRAINING ORDER

Pursuant to Jurisdiction conferred upon this Court under 28 USC Section 1331, Robert Allen Stanford proceeds pro se with this Civil Complaint.

I move this Court to issue a Preliminary Injunction against the Defendants. Jonathan Lee Riches is a Super-Hacker Identity Theft Kingpin that was convicted of Identity Theft, Wire Fraud, Spamming, Phishing, and stealing millions of dollars. His case no. is H-03-90-2, or you can Blog or Search Engine Jonathan Lee Riches on the internet. Jonathan Lee Riches used my Identity to hack into my Antigua offshore account and steal my funds in which he is using the money to file lawsuits throughout the world. Jonathan Lee Riches sued me in these cases: Riches v. Swine Flu, Riches v. Star Trek, Riches v. Convicted Child Molesters, Riches v. Casey Anthony, Riches v. Beavis and Butt-Head, Riches v. Chapter 11 Bankruptcy, or go to Justia.com and put in his name to find

RECEIVED
JUL -7 2009
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

thousands of other lawsuits.  Jonathan Lee Riches claims he is the
modern day Anne Frank, oppressed, trying to get his message to the
world.  I seek a Preliminary Injunction and Temporary Restraining
Order.

Dated:___June 23, 2009___            Respectfully submitted,

                                     _Robert Allen Stanford_
                                     Robert Allen Stanford
                                     P.O. Box 23131
                                     Providence, RI   02903
                                     202-456-1414